**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

STEPHEN COX,

              Plaintiff,

vs.

HON. FRANK MILLS III, et al.,,

              Defendant.

CIVIL ACTION FILE

NO. 1:10-cv-0424-RWS

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of motions to dismiss by defendants the Honorable Frank L. Mills; the Honorable Ellen McElyea; the Honorable N. Jackson Harris; Carlton Fields, P.A.; Alison Danaceau; Michael A. Dunn;  M. Derek Harris; Shuman Shom; South Cherokee Recreation Association, Inc.; and Mark Hutcheson; the court having granted said motions, as well as having dismissed remaining defendant Robert Firester without prejudice pursuant to Rule 4(m),  it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendants the Honorable Frank L. Mills; the Honorable Ellen McElyea; the Honorable N. Jackson Harris; Carlton Fields, P.A.; Alison Danaceau; Michael A. Dunn;  M. Derek Harris; and Shuman Shom; South Cherokee Recreation Association, Inc.; and Mark Hutcheson recover their costs of this action, and the action be, and the same hereby,

is **dismissed**.

Dated at Atlanta, Georgia, this 14th day of October, 2010.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Pamela Wright
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   October 14, 2010
James N. Hatten
Clerk of Court

By:     s/Pamela Wright
Deputy Clerk