FILED IN CLERK'S OFFICE
U.S.D.C  Atlanta

APR 2 8 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHEN COX | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | |
| | ) | No. 1:10-CV-0424-RWS |
| HON. FRANK MILLS III, et al., | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Stephen Cox appeals to the United

States Court of Appeals for the Eleventh Circuit from the Judgment of

the United States District Court for the Northern District of Georgia in the above

named case, entered April 25, 2011.

Respectfully submitted this 28th day of April 2011.

Stephen Cox
Pro se
509 Philadelphia Lane
Woodstock, GA 30189
(404) 218-0563

**IN THE UNITED STATES DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF GEORGIA
**ATLANTA DIVISION**

STEPHEN COX

Plaintiff

FRANK C . MILLS, III, et al .,

Defendants

Civil Action File

**No . 1 :10 - CV 0424-RWS**

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5 .1
AND CERTIFICATE OF SERVICE**

I hereby certify, pursuant to L .R . 7 .1 ( d) N .D .Ga ., that this document

has been prepared in Times New Roman fourteen point font using a computer, as

approved by the Court in L .R . 5 .1, N .D .Ga .

I hereby further certify that I have this day served all attorneys of record in

the foregoing matter with a copy of **NOTICE OF APPEAL** filed with the clerk of

Court by depositing in the United States Mail a copy of the same in a properly

addressed  envelope with adequate postage, to :

State of Georgia
Department of Law
Devon Orland
40 Capital Square S.W.
Atlanta GA 30334-1300

2

Carlton Fields
Chris Freeman
One Atlantic Center
1201 West Peachtree Street Center
Atlanta, GA  30309

Jeff Banks
1301 Shilo Rd Suite 1610
Kennesaw GA 30144

This 28th day of April 2011

Stephen Cox
Pro se
509 Philadelphia Lane
Woodstock, GA 30189
404 218-0563

3

**APPEAL RECEIPT SHEET**

Case Number: 　1: 10-cv- 0424- RWS

Date fee paid
over the counter:

FP

Date fee paid and date check
receipted from check log:

Transcript Order Form
given to attorney/courier:

```
Court Name: Northern District of Geogia
Division: I
Receipt Number: GAN100034954
Cashier ID: jwhite
Transaction Date: 04/25/2011
Payer Name: STEPHEN COX

NOTICE OF APPEAL/DOCKETING FEE
 For: STEPHEN COX
 Case/Party: D-GAN-1-10-CV-000424-001
 Amount:        $455.00

CASH
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

RE: NOA FILED 04/28/2011 BY MR.
STEPHEN COX IN CASE NO.
1:10 CV-0424 RWS


FY - Our returned check fee is
$45.00.
```