# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

May 3, 2011

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

>    **U.S.D.C. No.: 1:10-cv-424-RWS**
>    **U.S.C.A. No.: 00-00000**
>    **In re:**      ***Stephen Cox v. Hon. Frank Mills, III***

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

**X**    Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

_____ This is not the first notice of appeal.  Other notices were filed on: .

_____ There is no transcript.

_____ The court reporter is .

_____ There is sealed material as described below: .

_____ Other: .

**X**    Fee paid on 4/28/11.

_____ Appellant has been  leave to file *in forma pauperis*.

_____ This is a bankruptcy appeal.  The Bankruptcy Judge is .

_____ The Magistrate Judge is .

_____ The District Judge is .

_____ This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:   /s/  Elaine N. McFarland
Deputy Clerk

Enclosures