**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STEPHEN COX,<br><br>      Plaintiff,<br><br>vs.<br><br>HONORABLE FRANK MILLS, III, et al.<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-424-RWS |

**J U D G M E N T**

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Carlton Fields Defendants' Specification of Costs, and the court having granted said Specification of Costs, it is

**Ordered and adjudged** that the plaintiff pay to the Carlton Fields Defendants the sum of $704 as attorneys fees.

Dated at Atlanta, Georgia this 17th day of August, 2012.

              JAMES N. HATTEN
              CLERK OF COURT


          By:   C. Mercado
              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 August 17, 2012
James N. Hatten
Clerk of Court


By:   C. Mercado
    Deputy Clerk